UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALAN BROWN, JENNIFER JORDAN | * | |
| GERARD HINES AND TONYA PARKER | * | |
| | * | CIVIL ACTION NO.: 14-813 |
| VERSUS | * | |
| | * | |
| REGIONS INSURANCE, INC., | * | SECTION: J(5) |
| FFE TRANSPORTATION SERVICES, INC., | * | |
| AND ROBERT F. BIRD | * | |

*****************************************************************************

## MOTION IN LIMINE TO EXCLUDE TESTIMONY OF LARS REINHART

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Alan Brown, Jennifer Jordan, and Gerard Hines, who move this Court for an order excluding the testimony of Dr. Lars Reinhart. Accordingly, for the reasons more fully stated in the attached memorandum, Plaintiffs seek an order from the Court to exclude the testimony of Dr. Lars Reinhart.

1

Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE, LLP**

*s/Stephen M. Huber*
STEPHEN M. HUBER, BAR NO. 24463
CHARLES M. THOMAS, BAR NO. 31989
GINA M. PALERMO, BAR NO. 33307
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838

and

**EDWARD J. WOMAC, JR. #02195**
**BRIAN BRANCH, # 30411**
**EDWARD J. WOMAC, JR. & ASSOC., L.L.C.**
3501 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9999
Facsimile: (504) 488-4178

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the above and foregoing pleading have been served on all counsel of record by hand delivery, email and/or by facsimile transmission, and/or by placing same in the United States mail, postage prepaid and properly addressed, this 9th day of August, 2016.

*s/Stephen M. Huber*
STEPHEN M. HUBER